# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ZAID ALI,

      Plaintiff,

v.                                              Case No: 6:17-cv-797-Orl-40DCI

WELLS FARGO BANK, N.A., VAN
NESS LAW FIRM, PLC and
LENDINGHOME FUNDING CORP.,

      Defendants.
_____

## REPORT AND RECOMMENDATION

On May 4, 2017, Plaintiff filed this action, and an application to proceed in this Court without prepaying fees or costs. Docs. 1; 3. The undersigned reviewed the application, which was construed as a motion to proceed *in forma pauperis* (the Motion). Doc. 6. The Motion, a short form Plaintiff obtained from the Court, was missing information about his pay/wages and the amount of money he had in his checking and savings accounts. *See* Doc. 3.

On May 8, 2017, the undersigned entered an order finding that the foregoing omissions prevented the Court from meaningfully reviewing the Motion, and determining whether Plaintiff is a pauper. Doc. 6. Thus, the undersigned denied the Motion, and directed Plaintiff to either pay the full filing fee or file a long *in forma pauperis* application on or before May 22, 2017. *Id*. at 2.[1] The undersigned admonished Plaintiff that "[f]ailure to file the long *in forma pauperis* application with the Court or pay the full filing fee within the time provided will result in the case being dismissed." *Id*.

---

[1] The undersigned informed Plaintiff where he could find the long *in forma pauperis* application. Doc. 6 at 2 n.1.

Plaintiff has not paid the full filing fee or filed a renewed motion to proceed *in forma pauperis*, and the time to do so has passed. The undersigned admonished Plaintiff that the case would be dismissed if he failed to pay the full filing fee or file a renewed motion to proceed *in forma pauperis* on or before May 22, 2017. Doc. 6 at 2. Plaintiff has failed to take any further action in this case, and, thus, it is recommended that the case be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice**; and
2. The Clerk be directed to close the case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on May 23, 2017.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy