# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ZAID ALI,

        Plaintiff,

v.                                      Case No: 6:17-cv-797-Orl-40DCI

WELLS FARGO BANK, N.A., VAN NESS LAW FIRM, PLC and LENDINGHOME FUNDING CORP.,

        Defendants.
_____/

## ORDER

This cause is before the Court following Plaintiff's failure to pay the full filing fee or file a renewed motion to proceed *in forma pauperis* as directed. (Doc. 6). The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 23, 2017 (Doc. 7), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **DISMISSED without prejudice**.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties